IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-01421-RPM

JOHN F. RUZIC

     Plaintiffs,

v.

STEVEN J. SAWYER, M.D.

     Defendants.
_____

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

     Having considered the Stipulated Motion to Dismiss With Prejudice [12], it is

     ORDERED that this action against Defendant Steven J. Sawyer, M.D.  is dismissed with prejudice, each party to bear its own costs and fees.

     Dated this 16th  day of October, 2012.

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior District Judge